# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Consolidated Communications Networks, Inc., Dakota Central Telecom I, Inc., Dakota Central Telecommunications Cooperative, Daktel Communications, LLC, North Dakota Telephone Company, and Reservation Telephone Cooperative,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, Inc.,<br><br>　　　　　Defendants. | **ORDER GRANTING MOTION FOR STAY**<br><br><br><br><br><br><br><br><br><br>Case No. 1:16-cv-017 |

Before the court is an "Unopposed Motion for a Stay of Proceedings Pending Ruling of the Judicial Panel on Multidistrict Litigation" filed by defendants on March 4, 2016. There being no objection from plaintiffs, the court **GRANTS** the motion (Docket No. 7) and **STAYS** this action pending a ruling by the Judicial Panel on Multidistrict Litigation on a joint motion to transfer this and other related actions to a multidistrict litigation currently pending in the United States District court for the Northern District of Texas (*In re: IntraMTA Switched Access Charges Litig.*, No. 3:14-MD-25870D (MDL No. 2587)).

**IT IS SO ORDERED.**

Dated this 9th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court